# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 01-CR-4074-MWB |
| vs. | **ORDER** |
| ROBERT D. NELSON, JR., | |
| Defendant. | |

This matter came before me on January 19, 2017, for a preliminary examination and detention hearing. Doc. 134. Assistant United States Attorney, Kevin Fletcher, appeared on behalf of the plaintiff (the Government). Defendant, Robert D. Nelson, appeared in person and with his attorney, Brad Hansen. The Government presented testimony of Dustin Lutgen, United States Probation Officer. The defendant presented the testimony of Myriah (Fetterman) Sweda, and proffered information through counsel. I also considered the information contained in the Petition to Revoke Supervision (Doc. 126) for purposes of the detention determination.

With regard to the preliminary examination, the Petition to Revoke Supervision alleges the following numbered violations: violation 6a-6b, failure to comply with drug testing (special condition #1); violation 7a-7b, failure to report contact with law enforcement (standard condition #11); violation 8, leaving the judicial district without permission (standard condition #1); and violation 9, law violation (mandatory condition). I find that the Government has established probable cause to believe that the defendant committed violation 6a-6b, violation 7a-7b, and violation 8. I do not find that the Government established probable cause for violation 9.

As for detention, the provisions of 18 U.S.C. § 3143(a) govern release or detention pending supervised release revocation hearings. F.R.Cr.P. 46(d). I must order defendant be detained unless I find by clear and convincing evidence that he is not likely to flee, or pose a danger to another or to the community. 18 U.S.C. § 3143(a). The defendant bears the burden of showing he does not pose those risks. F.R.Cr.P. 32.1(a)(6).

I find that the defendant has met his burden. He has shown by clear and convincing evidence that he is not likely to flee, and he has shown that he does not pose a danger to another or to the community.

For the reasons set forth above and during the hearing on January 19, 2017, I hereby **deny** the Government's motion for detention and ORDER that defendant be released pending the final revocation hearing, on the following conditions:

1. Defendant is to abide by all of the conditions previously imposed (Doc. 108 & 124).
2. Until the final revocation hearing, Defendant shall be restricted to his residence at all times except for employment, religious services, medical appointments or emergencies, mental health treatment or therapy, attorney visits, court appearances, court-ordered obligations, and other activities as pre-approved by the United States Probation Office or his supervising officer.

If either party seeks further review or appeals this order, the party requesting a change in the original order *must*:

1. Attach a copy of the release/detention order to the appeal; and

2.      Promptly secure a transcript.

**IT IS SO ORDERED** this 23rd day of January, 2017.

_Kelly K.E. Mahoney_
Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa